UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF EVERINGHAM BROTHERS BAIT CO., FOR EXONERATION FROM OR LIMITATION OR LIABILITY<br><br>　　　　　Limitation Petitioner,<br><br>For Exoneration from or Limitation of Liability<br>_____<br>NICHOLAS C. WILLIAMS,<br><br>　　　　　Claimant-Respondent,<br><br>vs.<br><br>F/V EBBCO, her engines, tackle, apparel, furniture, and appurtenances; EVERINGHAM BROTHERS BAIT CO., a California Corporation; EBBCO INDUSTRIES, INC.; ROY "BUCK" EVERINGHAM JR.;  and DOES 1 through 20, inclusive;<br><br>　　　　　Defendants.<br>_____ | Case No. 06 CV 2708 L (POR)<br><br>**ORDER VACATING SANCTIONS**<br>**[Granting Dkt. No. 73.]** |

GOOD CAUSE APPEARING, AND THE PARTIES HAVING SO MOVED AND STIPULATED, **IT IS HEREBY ORDERED THAT:**

///

1

1 | The sanctions imposed on Claimant-Respondent NICHOLAS C. WILLIAMS and his counsel jointly and severally in the amount of $2,942.50 by the April 29, 2008 oral Order and May 14, 2008 written Order Issuing Monetary Sanctions and Striking Claimant's Untimely Expert Designations are hereby vacated.

IT IS SO ORDERED.

DATED: July 2, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

2

ORDER VACATING SANCTIONS

Case No.: 06 CV 2708 L (POR)